IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **RUTHIE GUERRERO** <br> *Plaintiff*, | § <br> § <br> § | |
| VS. | § <br> § | Civil Action No. 6:22-cv-00757 |
| **THE HOME DEPOT, INC. AND** <br> **HOME DEPOT U.S.A., INC.** <br> *Defendants*. | § <br> § <br> § <br> § | JURY DEMANDED |

**DEFENDANTS HOME DEPOT U.S.A., INC., AND THE HOME DEPOT, INC.'S**
<u>**NOTICE OF FILING OF NOTICE OF REMOVAL**</u>

TO THE HONRABLE JUDGE OF SAID COURT:

COMES NOW, Defendants, THE HOME DEPOT, INC. and HOME DEPOT U.S.A. Inc. (hereinafter jointly referred to as "Home Depot"), in the above-entitled and numbered cause, and file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and LR CV-81.

I.  **BACKGROUND**

1. Home Depot is the defendant in a civil action pending in the 170th District Court of McLennan County, Texas, entitled Cause No. 2022-1539-4; *Ruthie Guerrero v. The Home Depot, Inc. and Home Depot U.S.A, Inc.* (hereinafter referred to as "State Court Action"). As required by 28 U.S.C. §§ 1446(a), attached hereto as Exhibit "A" is the Index of Documents filed with the Notice of Removal, Exhibit "B" is the State Court Action Documents which includes a certified copy of the docket sheet (Case Summary) and true and correct copies of all process, pleadings, and orders served upon Home Depot in the State Court Action, and Exhibit "C" is a List of All Parties and Counsel, and Civil Cover Sheet.

2. The State Court Action was filed on May 13, 2022. Home Depot was served with Plaintiff's

Original Petition (hereinafter referred to as the "Petition") on June 13, 2022. The petition asserts negligence and strict liability, based on Plaintiff's slip and fall at the entrance door to The Home Depot during a rain event. In the Petition, Plaintiff states that he is seeking monetary relief of more than $250,000.00 and less than $1,000,000.00. Therefore, this Notice of Removal is timely filed within thirty (30) days of service of process of the first pleading or other paper from which it could be determined that the amount in controversy is more than $75,000.00 less, exclusive of costs. *See* 28 U.S.C. §§ 1446(b).

## II. DIVERSITY OF CITIZENSHIP

3. Plaintiff is, and was at the time of the filing of this action, a citizen of the State of Texas.

4. Home Depot U.S.A., Inc., is, and was at the time of the filing of this action, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia. The Home Depot, Inc., is also a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia.

5. Consequently, the district courts of the United States have original jurisdiction over this action based on complete diversity of citizenship amongst and between the parties, in that Plaintiff and Home Depot are now, and were at the time this action commenced, diverse in citizenship from each other.

6. Under 28 U.S.C. § 1446(a), venue of the removed action is proper in this Court as it is the district and division embracing the place where the State Court Action is pending.

7. Pursuant to 28 U.S.C. § 1446(d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the County Clerk of McLennan County, Texas, where the State Court Action was

previously pending.

8. **Jury Demand** – Home Depot hereby requests a trial by jury on all issues and claims in this cause.

WHEREFORE, Defendants, THE HOME DEPOT, INC. and HOME DEPOT U.S.A. Inc. hereby remove the case styled Cause No. *2022-1539-4; Ruthie Guerrero v. The Home Depot, Inc. and Home Depot U.S.A, Inc.; In the 170th District Court of McLennan County, Texas*, and respectfully request that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action.

Respectfully submitted,

**BROTHERS, ALVARADO, PIAZZA & COZORT, P.C.**

By: */s/ Karen M. Alvarado*
   Karen M. Alvarado
   State Bar No. 11067050
   Federal ID: 10880
   kalvarado@brothers-law.com
   10333 Richmond, Suite 900
   Houston, Texas 77042
   Tel: (713) 337-0750
   Fax: (713) 337-0760

*Attorneys for Defendants The Home Depot, Inc. and Home Depot U.S.A, Inc*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing instrument was served upon the following counsel of record in compliance with Rule 5(a) of the Federal Rules of Civil Procedure on this the 8th day of July, 2022.

**VIA E-SERVICE**
Leland M. Irwin
THE IRWIN LAW FIRM, P.C.
311 Morton Street
Richmond, Texas 77469

                                          **BROTHERS, ALVARADO, PIAZZA & COZORT, P.C.**

                                          By:*/s/ Karen M. Alvarado*
                                                    Karen M. Alvarado