IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**RUTHIE GUERRERO,** §
§
*Plaintiff,* §
§
v. § CASE NO. 6:22-CV-00757-DTG
§
**THE HOME DEPOT, INC. and HOME** §
**DEPOT U.S.A., INC.,** §
§
*Defendants,* §

## FINAL JUDGMENT

Having granted the plaintiff's motion to dismiss with prejudice (Dkt. No. 37) on August 7, 2025, and under Rule 54(b) of the Federal Rules of Civil Procedure, the Court enters this Final Judgment.

It is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is instructed to **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

All pending motions, if any, are **DENIED-AS-MOOT**. All outstanding hearings and scheduling order deadlines are **VACATED**. Any relief not specifically granted in this judgment is **DENIED**.

SIGNED this 8th day of August, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE